# EXHIBIT A

Humana

6101 Blue Lagoon Drive, Suite 100
Miami, FL 33126

December 16, 2019

James L Orrington, DDS
7931 South King Drive
Chicago, IL 60619-3701

Dear Dr. James Orrington:

Pursuant to Section XIII – Duration of Agreement, Subsection A of the Participating General Dentist Agreement ("Agreement") between James Orrington II and HumanaDental Insurance Company and its affiliates that underwrite or administer dental plans ("Humana"), Humana is hereby terminating the Agreement without cause. The effective date of the termination is April 1, 2020. The reason for the termination is that Humana is exercising its right to terminate the Agreement without cause that was agreed to when the Agreement was executed.

In accordance with Medicare regulations and applicable state law, you have the right to a review of this decision by a dentist review panel. To initiate a review, please submit a written request within 30 calendar days of the date of this notice. If the request is not received by this date, your right to the review will be waived. The panel will consider only written information and will inform you of its decision by mail. Please include details about why you think the decision should be reconsidered and mail to:

**Humana**
**6101 Blue Lagoon Drive, Suite 100**
**Miami, FL 33126**

If you have questions, please contact Alina Hall at 1-800-633-1262, ext. 1078301, Monday through Friday, 8 a.m. to 5 p.m. Eastern time, or via email at

Illinois Department of Insurance Consumer Assistance: 866-445-5364.

Sincerely,

*Michelle Hart*

Michelle Hart
Associate Vice President, Strategy Advancement
HumanaDental Network Development and Relations

Page 1 of 1