UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES L. ORRINGTON, II and <br> JAMES L. ORRINGTON, II D.D.S., P.C., <br><br> Plaintiffs, <br><br> v. <br><br> HUMANA DENTAL INSURANCE <br> COMPANY and HUMANA INC., <br><br> Defendants. | Case No. 1:22-cv-00645 |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
SECOND AMENDED COMPLAINT**

Defendants Humana Dental Insurance Company and Humana Inc. (collectively "Humana"), by and through their attorneys, Falkenberg Ives LLP, respectfully move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims alleged in Plaintiffs' Second Amended Complaint. The grounds for this Motion, as set forth more fully in the Memorandum in Support and incorporated herein, are that Plaintiffs have failed to plausibly allege any claim upon which relief can be granted against Humana.

WHEREFORE Defendants Humana Dental Insurance Company and Humana Inc. respectfully request that this Court dismiss Plaintiffs' Second Amended Complaint and grant such other and further relief as this Court deems just and proper.

Dated: April 11, 2022.

Respectfully submitted,

FALKENBERG IVES LLP

By: *Kirstin B. Ives*
    One of the attorneys for Defendants

Kirstin B. Ives
Falkenberg Ives LLP
230 W. Monroe, Suite 2200
Chicago, IL 60606
Telephone: (312) 566-4803
kbi@falkenbergives.com