# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

James L. Orrington II, et al.

                                              Plaintiff,

v.                                                       Case No.: 1:22−cv−00645
                                                                Honorable Jorge L. Alonso

HumanaDental Insurance Company, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held via videoconference. For the reasons stated on the record, Plaintiff's motion to compel compliance with subpoena to IDFPR [47] is granted. Third−party IDFPR acknowledged receipt of the Court's briefing order [48] and failed to file a response brief. As a result, the Court finds IDFPR has waived its right to object to producing documents pursuant to the subpoena. By 3/4/2024, counsel should submit a proposed protective order via email to the following e−box: Proposed_Order_Harjani@ilnd.uscourts.gov. Third−party IDFPR shall produce documents responsive to the subpoena by 3/28/2024. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.